```
1   RICHARD K. GROSBOLL, Bar No. 99729
    BENJAMIN K LUNCH, Bar No. 246015
2   SONYA M. GORDON, Bar No. 232600
    Email: sgordon@neyhartlaw.com
3   NEYHART, ANDERSON, FLYNN & GROSBOLL
    44 Montgomery Street, Suite 2080
4   San Francisco, CA  94104-6702
    TEL:  (415) 677-9440
5   FAX: (415) 677-9445
    Attorneys for Plaintiffs
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SAN MATEO ELECTRICAL WORKERS HEALTH CARE TRUST; INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS, LOCAL UNION 617; SAN MATEO COUNTY ELECTRICAL CONSTRUCTION INDUSTRY RETIREMENT TRUST; SAN MATEO ELECTRICAL WORKERS EDUCATION AND TRAINING PLAN;  Dominic Nolan, as Trustee of the above TRUSTS; and NATIONAL ELECTRICAL CONTRACTORS ASSOCIATION, SAN MATEO CHAPTER,<br><br>Plaintiffs,<br><br>vs.<br><br>ENGELHART ELECTRIC COMPANY, INC., an entity,<br><br>Defendant. | Case No.  10-cv-2777 EMC<br><br>**STIPULATION FOR DISMISSAL** ; ORDER<br><br>Location:       450 Golden Gate Avenue<br>                     San Francisco, CA 94102<br>Courtroom:  Courtroom C, 15th Floor<br>Judge:          Hon. Edward M. Chen |

NOTICE IS HEREBY GIVEN THAT pursuant to Fed.R.Civ.Pro. 41(a), the parties stipulate that Plaintiffs voluntarily dismiss the above-captioned action against Defendant ENGELHART ELECTRIC COMPANY, INC. <u>without prejudice</u> pursuant to the terms and conditions of a Settlement Agreement, filed concurrently herewith.

1  IT IS SO STIPULATED.

2                                              Respectfully Submitted,

3  Dated: February 18, 2011          NEYHART, ANDERSON, FLYNN & GROSBOLL

4

5                                              By: ____/s/ Sonya M. Gordon_____
                                                    Sonya M. Gordon
6                                                   Attorney for Plaintiffs

7

8  Dated: February 18, 2011          SWEENEY, MASON, WILSON & BOSOMWORTH

9
                                                By: _____
10                                                  Roger Mason
                                                    Attorney for Defendant
11

12

13  IT IS SO ORDERED.

14  Dated: February 18, 2011

15                                              _____
                                                IT IS SO ORDERED
16                                              Judge Edward M. Chen